David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MYRIAM J. ALMARAZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MYRIAM J. ALMARAZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; BEST BUY/CBNA,<br><br>Defendants. | Case No.: **2:18-cv-01720-GMN-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN MYRIAM J. ALMARAZ AND EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between MYRIAM J. ALMARAZ ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to EQUIFAX be vacated

and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EQUIFAX.

Dated: October 22, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*MYRIAM J. ALMARAZ*

**IT IS ORDERED** that the settling parties shall have until **December 21, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: October 23, 2018

Peggy A. Leen
United States Magistrate Judge